IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA SHOOK, as Administratrix of the Estate of Zackary Shook, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFERSON DUNN, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:18cv1048-MHT<br>(WO) |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Jefferson Dunn, Ruth Naglich, and Phyllis Billups's motion to dismiss (doc. no. 41) is granted.

(2) Said defendants are dismissed and terminated as parties.

It is further ORDERED that costs are taxed against plaintiff Lisa Shook, for which execution may issue.

This case is not closed.

DONE, this the 25th day of March, 2020.

                           /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**