IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LISA SHOOK, as Administratrix of the Estate of Zackary Shook, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2:18cv1048-MHT (WO) |
| ANTWAN GILES and CORIZON, LLC, | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that defendant Corizon, LLC's motion (doc. no. 46), in which it seeks the dismissal of so-called "fictitious defendants," is denied. The court will address the issue of such parties separately and later. Said defendant should respond to the complaint in this case to the extent allegations and claims are made against it.

DONE, this the 25th day of March, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**