IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA SHOOK, as Administratrix of the Estate of Zackary Shook, Deceased, )<br>)<br>)<br>)<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>ANTWAN GILES and CORIZON, LLC, )<br>)<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:18cv1048-MHT<br>(WO) |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 74), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of June, 2020.

                                            /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE